# United States District Court
# Central District of California

**UNITED STATES OF AMERICA vs.**          **Docket No.** 8:19-CR-00036-KES

**Defendant** JINGLONG LIN                **Social Security No.** X X X X
**akas:**                                 (Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|-------|-----|------|
| 02    | 22  | 19   |

**COUNSEL**: Erica Choi, DFPD
(Name of Counsel)

**PLEA**: [X] GUILTY, and the court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDERE [ ] NOT GUILTY

**FINDING**: There being a finding/verdict of GUILTY, defendant has been convicted as charged of the offense(s) of: Improper Entry by an Alien, in violation of 8 USC 1325(a), as charged in the single-count Information.

**JUDGMENT AND PROB/COMM ORDER**: The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to th contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordere that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed t the custody of the Bureau of Prisons to be imprisoned for a term of: TIME SERVED

It is further ordered the defendant shall pay to the United States a special assessment of $10.00. All fines are waived as Defendant lacks the ability to pay a fine.

Defendant advised of right to appeal

Upon release from imprisonment, Defendant shall be released to Immigration and Customs Enforcement (ICE).

February 22, 2019
Date

U. S. Magistrate Judge
KAREN E. SCOTT

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

February 22, 2019                By   Jazmin Dorado
Filed Date                            Deputy Clerk

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
    at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____ By _____
Date                Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____ By _____
Filed Date          Deputy Clerk